UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOUCHSTONE RECOVERY HOMES, L.L.C.,

        Plaintiff,

Case No. 12-10485

Honorable John Corbett O'Meara

v.

CITY OF RIVERVIEW,

        Defendant.
                                               /

## ORDER OF STAY AND ADMINISTRATIVE CLOSURE

       This matter came before the court on defendant City of Riverview's December 17, 2012 motion for summary judgment. Plaintiff Touchstone Recovery Homes filed a response March 29, 2013; and Defendant filed a reply April 26, 2013. Oral argument was heard June 20, 2013.

       Based on the representations of counsel at the June 20, 2013 hearing, this case is currently not ripe for disposition in this court.

       Therefore, it is hereby **ORDERED** that defendant City of Riverview's December 17, 2012 motion of summary judgment is **DENIED WITHOUT PREJUDICE.**

       It is further **ORDERED** that this matter is **STAYED** and **ADMINISTRATIVELY CLOSED** until any further action is needed.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: July 3, 2013

   I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 3, 2013, using the ECF system.

                  s/William Barkholz
                  Case Manager